No. 314. NILES BEMENT POND CO. *v*. UNITED STATES. October 21, 1929. Petition for writ of certiorari to the Court of Claims granted. *Messrs. Karl D. Loos, E. Barrett Prettyman,* and *Preston B. Kavanaugh* for petitioner. *Solicitor General Hughes, Assistant Attorney General Galloway,* and *Messrs. Claude R. Branch* and *R. C. Williamson* for the United States. ▉

· No. 323. LUCAS, COMMISSIONER, *v*. KANSAS CITY STRUCTURAL STEEL CO.; and

No. 324. SAME *v*. SAME. October 21, 1929. Petition for writs of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Solicitor General Hughes* and *Messrs. Sewall Key* and *Randolph C. Shaw* for petitioner. *Mr. Armwell L. Cooper* for respondent. ▉

No. 334. BECKER STEAMSHIP CO. *v*. SNYDER. October 21, 1929. Petition for writ of certiorari to the Court of Appeals of Ohio granted. *Messrs. Frederick L. Leckie, S. H. Holding,* and *Tracy H. Duncan* for petitioner. *Mr. Luther Day* for respondent. ▉

No. 340. UNITED STATES *v*. UPDIKE ET AL. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Solicitor General Hughes* and *Mr. Sewall Key* for the United States. *Messrs. Francis A. Brogan, Alfred G. Ellick,* and *Anan Raymond* for respondents. ▉

No. 344. CORLISS *v*. BOWERS, COLLECTOR. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Joseph M.*